5.08-cr-671-005
5:09-cr-410-001

Page **1** of **3**

Whitney Fowler
1629 Elm Street
Utica, New York 13501

April 25th, 2023



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED

MAY - 1 2023

AT_____ O'CLOCK
John M. Domurad, Clerk   Syracuse

To: Court clerk of the honorable Judge Frederick J. Scullin Jr.
US District Court / Northern District of New York
100 South Clinton Street
Syracuse, New York 13261

My name is Mr. Whitney Fowler, I was arrested in 2008, and plead guilty in United States district Court for conspiracy to distribute drugs and 924c in furtherance of drug crime under the honorable Judge Noman A. Mordue in 2011. I bring before the courts a corrective motion of early termination from supervised release.

Please see: *United States v. Shaw*,445F.Supp.3d 1160,1163 (D. Colo.2020)

Policy of the judicial conference presumes that early termination is appropriate for defendants who have served at least 18 months of supervision and *inter alia* are free from any court reported violation for the previous year. Policy also considers whether the defendant is a career offender, sex offender presents any risk to anybody in the community has demonstrated his ability to lawfully self-manage beyond the period of supervision is in substantial compliance with conditions of supervision and has appropriate pro-social support.

I currently meet all six policy criteria here required for recommendation in favor of early termination. Though I have satisfied the 18 months minimum supervision policy. I

understand very clearly that ultimately the final decision is reserved at the discretion of the courts. I accepted responsibility for my actions and tried to show what I thought was "remorse" as a young man. During my incarcerated time, I acquired my GED, a HVAC tech license in 2014, participated in numerous self-help classes to prepare myself for a different future far from the one that landed me in prison. I had time to reflect and learn what remorse really meant. Since being given a second chance at freedom I am truly remorseful. I'm not that same young man at sentencing who was apologetic solely because of being caught.

As an adult, I now know the negative impacts I had on society distributing drugs in the neighborhoods that I must raise my own child in. I have full custody of my youngest child and currently raising her as a single father. Luckily, she is the total opposite of me as a youth, she is on the principal list in middle school and a high achiever.  Building back family ties and being a staple in her life is my biggest concern.

I have maintained steady employment and a stable income since my release. My job requires me to travel at times on short notice and potentially presents the opportunity to better my life in other states. While on supervised release I am restricted and stagnated. I feel as though this is counterproductive in producing a better quality of life for my daughter and myself. I have adhered to all probation and court requirements in good conduct. All urinalysis tests and data have come back negative displaying remarkable lawful self-management. Rehabilitation for me didn't come over night, it took time, growth and understanding for me to be able to say today that I am very confident in my rehabilitation.

Supervised release programs help in many ways; however, it is my true belief that it is the individual who makes the decision to either stay in, or out of trouble. I want to thank you for your time and consideration

Sincerely,

Whitney Fowler



**Deployed Global Solutions, LLC**
**6361 Walker Lane, Suite 410**
**Alexandria, VA 22310**

To Whom it May Concern,

In my role as Director of Production, I have had the pleasure of working with Whitney at Deployed Global Solutions (DGS). As his manager, I have worked with Whitney in his role as a HVAC Technician and have been extremely impressed by his professionalism and productivity.

At DGS we take great pride in the work that we perform and are committed to delivering excellent products for our customers. Whitney exemplifies the same values through his dedication and commitment to his role at DGS. Whitney takes his responsibility seriously and performs his work to the highest quality standards. He is reliable and is accustomed to working in an up-tempo environment that is always evolving. If he is able to start working out of state it would be very helpful to us as we have projects that require our HVAC techs expertise outside of NYS.

Teamwork is extremely important to our success at DGS. Our team wears many hats and are constantly collaborating with one another and looking for new ways to elevate our products. Whitney has proven to be an excellent teammate who is always willing to go the extra mile to assist someone else, learn a new skill or put in additional hours to meet a deadline.

Whitney has been a tremendous asset to us and has made a positive impact on our organization. I want to see him continue to have opportunities to grow.

Please let me know if you would like me to further elaborate on Whitney's skills and abilities. You can contact me at 315-832-2664 or crice@deployedglobalsolutions.com.

Thank you for your time,

Christopher Rice
Director of Production



**Whitney Fowler**





**EFFECTIVE DATE:** 03/22/22
**EXPIRATION DATE:** 03/22/24

**esco** institute
Program EPA Approved
December 28, 1993



CERTIFICATE NO. **772928077260**

NAME: **WHITNEY J. FOWLER**

has been certified as a

**UNIVERSAL**

technician as required by 40CFR part 82 subpart F

**OSHA®**
Occupational Safety
and Health Administration

14-702194224

This card acknowledges that the recipient has successfully completed:

**10-hour General Industry Safety and Health**

This card issued to:
**Whitney fowler**

Ricardo Baeza                           8/2/2021
Trainer Name                            Date of Issue



C1302012 53

# State of California

# High School Equivalency Certificate

This is to certify that

## *WHITNEY FOWLER*

has met the standards established by the California State Board of Education for successful completion of the tests of General Educational Development and is therefore entitled to this High School Equivalency Certificate.



February 1, 2012

*Tom Torlakson*
State Superintendent of Public Instruction

*Michael W. Kirst*
President of the
California State Board of Education

This Certificate is printed on secure paper that has a large California State Seal watermark and a gold foil seal in the lower left corner

# CERTIFICATE *of* ACHIEVEMENT

### THIS ACKNOWLEDGES THAT

## Sanei Fowler

### HAS BEEN AWARDED

## OUTSTANDING CITIZENSHIP

**FEBRUARY 2023**

SIGNED, *Mrs. Kristoff*, Attendance Teacher
Nominated by: Ms. Gordon

# Senator James H. Donovan Principal's List

**IS PRESENTED TO**

SANEI FOWLER

Outstanding Academic Performance for Maintaining
a 95 - 100% Grade Point Average
for Marking Period 2 of 2022-2023 School Year

| | |
|---|---|
| Miss Palladino | January 27, 2023 |
| Principal | Date |

# Senator James H. Donovan Principal's List

**IS PRESENTED TO**

SANEI  FOWLER

Outstanding Academic Performance for Maintaining
a 95 - 100% Grade Point Average
for Marking Period 1 of 2022-2023 School Year

Miss Palladino

Principal

November 11, 2022

Date

Whitney Fowler
1629 Elm Street
Utica, New York 13501



U.S. POSTAGE PAID
FCM LG ENV
UTICA, NY
13502
APR 28, 23
AMOUNT
$1.50
R2305K135268-13

RDC 99          13261

U.S. District Court / Northern District of N.Y.
100 South Clinton Street
Syracuse, New York 13261



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

MAY 01 2023

RECEIVED